1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALENTIN BULLOCK, | No. CIV S-07-2353-GEB-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Pending before the court is petitioner's application for leave to proceed in forma pauperis (Doc. 2). Petitioner has not, however, submitted a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases. This requirement may be satisfied by having the appropriate prison official complete the certificate portion of the form application or by submitting a certified copy of petitioner's prison trust account statement. Petitioner will be

1

1  provided the opportunity to submit the required certification or the appropriate filing fee.

2          As to petitioner's petition (Doc. 1), petitioner has not named the proper
3  respondent. "A petitioner for habeas corpus relief must name the state officer having custody of
4  him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359,
5  360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. Because
6  petitioner has not named the appropriate state officer, the petition must be dismissed with leave
7  to amend to name the correct respondent. See Stanley, 21 F.3d at 360.

8          Finally, the court notes that, according to petitioner's admission, his claims are
9  not exhausted. Specifically, he states in the current petition that his direct appeal is still pending.
10 Therefore, the instant petition appears to be premature. If petitioner chooses not to file an
11 amended petition within the time provided by this order, or does not resolve the fees status for
12 this case within the time provided, the court will construe such inaction as an acceptance of
13 dismissal of the premature petition and will issue appropriate findings and recommendations.

14         Accordingly, IT IS HEREBY ORDERED that:

15     1.    Petitioner's petition for writ of habeas corpus is dismissed with leave to
16 amend;

17     2.    Petitioner may file an amended petition on the form employed by this
18 court, and which names the proper respondent and states all claims and requests for relief, within
19 30 days of the date of this order;

20     3.    The Clerk of the Court is directed to send petitioner the court's form
21 habeas corpus application; and

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

4. If petitioner elects to file an amended petition, he must also resolve the fee status for this case by submitting within 30 days of the date of this order a certification as required by Rule 3(a)(2), or the appropriate filing fee.

DATED: January 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3