IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VALENTIN BULLOCK, | 2:07-2353-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |
| _____/ | |

     Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is plaintiff's document entitled "Motion for Reconsideration of Findings and Recommendations and Extension of time and Declaration" (Doc. 9), filed on July 15, 2008. Because final judgment has been issued (see Doc. 8), the court must construe the instant motion as a motion pursuant to Federal Rule of Civil Procedure 60(b). So construed, the motion is denied because plaintiff has not demonstrated any grounds for relief from judgment.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Doc. 9) is construed as a motion pursuant to Federal Rule of Civil Procedure 60(b);

2. So construed, the motion is denied; and

3. This action remains closed.

Dated: August 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge